# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAGE PENK, | ) |
|             Plaintiff, | ) |
| v. | ) Civil Action No. 25-3977 (UNA) |
| THE HONORABLE WARDEN, LAS ANIMAS COUNTY JAIL, | ) |
|             Defendant. | ) |

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed plaintiff's complaint, the Court concludes that what factual contentions are identifiable, including the plaintiff's proposed methods for disposing of solid human waste, *see* Dkt. 1 at 1, and for female contraception, *see id*. at 2, are baseless and wholly incredible.

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: December 5, 2025

/s/
ANA C. REYES
United States District Judge